**FILED - MQ**

August 24, 2010 2:33 PM

TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:cep/___ Scanned by ⟨𝒬 / ⟩

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

- - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

           Plaintiff,

          vs.

NATHAN PETER KOBASIC,
PEDRO ANDRES KOBASIC, and
JODY MICHAEL WILLIAMS,

           Defendants.

_____/

Case No. 2:10-cr-20

Hon. Robert Holmes Bell
United States District Judge

**SUPERSEDING INDICTMENT**

The Grand Jury charges:

## COUNT 1
### (Conspiracy to Distribute and Possess with Intent to Distribute Marijuana)

Beginning in 2005 and continuing to on or about October 2, 2009, in Delta County, in the

Northern Division of the Western District of Michigan, and elsewhere, the defendants,

**NATHAN PETER KOBASIC,
PEDRO ANDRES KOBASIC, and
JODY MICHAEL WILLIAMS,**

knowingly and intentionally combined, conspired, confederated, and agreed with each other,

Joshua Carl Harrison, Jason Scott Schwalbach, and others, known and unknown, to distribute

and possess with intent to distribute 100 kilograms or more of a mixture or substance containing

a detectable amount of marijuana, a Schedule I controlled substance.

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(vii)

## COUNT 2
### (Possession with Intent to Distribute Marijuana)

On or about October 2, 2009, in Delta County, in the Northern Division of the Western

District of Michigan, the defendant,

## NATHAN PETER KOBASIC,

knowingly and intentionally possessed with intent to distribute marijuana, a Schedule I controlled

substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(D)

## COUNT 3
### (Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about October 2, 2009, in Delta County, in the Northern Division of the Western

District of Michigan, the defendant,

## NATHAN PETER KOBASIC,

knowingly possessed a firearm in furtherance of a drug trafficking crime for which he may be

prosecuted in a court of the United States, to wit: the defendant possessed a loaded Glock 9 mm

semiautomatic pistol, bearing serial number CAY594, in furtherance of the crime of conspiracy

to distribute and possess with intent to distribute marijuana, a Schedule I controlled substance, as

charged in Count 1 of this Indictment, and the crime of possession with intent to distribute

marijuana, a Schedule I controlled substance, as charged in Count 2 of this Indictment.

18 U.S.C. § 924(c)(1)(A)(i)

**(Forfeiture Allegation)**

Upon conviction of the controlled substance offense set forth in Count 1 of this

Indictment,

**NATHAN PETER KOBASIC**

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and

all property constituting or derived from proceeds obtained, directly or indirectly, as a result of

the conspiracy to distribute marijuana, and any property used, or intended to be used, in any

manner or part, to commit or to facilitate the commission of that conspiracy, including but not

limited to the following:  $39,300 in United States currency.

21 U.S.C. § 853
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(vii)

A TRUE BILL

GRAND JURY FOREPERSON

DONALD A. DAVIS
United States Attorney

MAARTEN VERMAAT
Assistant United States Attorney

Page 4 of 4