UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

             Plaintiff,

v.

             Defendant(s).

Case No. _____

Hon. _____

**DEFENDANT'S INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT**

    Defendant _____, through his/her attorney, submits the following initial pretrial conference summary statement.

I.    DISCOVERY

    [ ]    The defendant requests disclosure pursuant to Federal Rules of Evidence 404(b).

    [ ]    The defendant [ ] will [ ] will not provide reciprocal discovery.

II.    TRIAL

    [ ]    The defendant requests a [ ] jury [ ] non-jury trial.

III.    MISCELLANEOUS

    [ ]    Counsel for defendant is unaware at this time of any known conflict with counsel's representation of defendant. Counsel will immediately advise the Court if any such conflict becomes known.
    [ ]    Counsel for defendant is aware of the following potential conflict(s):

    _____
    _____
    _____.

Date _____            _____
                                                                 Counsel for Defendant