UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PEDRO ANDRES KOBASIC,

    Defendant..
_____/

Case No. 2:10-cr-20
           2:14-cr-17

HON. R. ALLAN EDGAR

## ORDER OF DETENTION

Defendant appeared before the undersigned on June 24, 2014, on a warrant issued April 20, 2011, for defendant's failure to appear for a change of plea hearing scheduled in 2:10-cr-20, and for arraignment on charges filed in 2:14-cr-17, alleging a charge of bond jumping based on the defendant's failure to appear in the 2:10-cr-20 case. The court advised defendant that it had a recommendation from Pretrial Services for the detention of defendant, which was supported by the government. Defense counsel advised the court that the defendant did not wish to challenge detention at this time. Accordingly, IT IS HEREBY ORDERED that the defendant be detained pending further proceedings.

    IT IS SO ORDERED.

Date: June 26, 2014

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge